EDWARD MALLEY CO., PETITIONER, *v.* COMMISSIONER OF INTERNAL
REVENUE, RESPONDENT.

Docket No. 9677.  Promulgated March 10, 1927.

*W. E. Malley* for the petitioner.
*A. H. Murray, Esq.,* for the respondent.

This proceeding involves deficiencies in income and profits tax
for the fiscal years ending January 31, 1920 and 1921, in the amounts
of $3,588.33 and $885.27, respectively.  The petitioner claims that
the Commissioner erred in reducing surplus for each of the years by
the computation of a tentative tax in the determination of current
earnings available for the payment of dividends, and that he also
erred in reducing surplus by the amount of the preceding years'
income and profits taxes prorated.

### FINDINGS OF FACT.

Petitioner is a Connecticut corporation with principal office at
New Haven.  In determining the amount of current earnings avail-
able for the payment of a dividend of $45,000 declared and paid
April 9, 1919, the Commissioner computed a tentative tax on the
earnings to the date of the declaration and payment of the dividend
and reduced surplus in the amount of $12,354.40, representing the
excess of the current earnings available for the payment of the divi-
dend after the computation of the tentative tax.  The Commissioner
likewise reduced surplus for the fiscal year ending January 31, 1921,
in the amount of $18,680.23, through the computation of a tentative
tax upon earnings available for the payment of a dividend of
$45,000 declared and paid April 21, 1920.

The Commissioner also reduced earned surplus for the fiscal year
ending January 31, 1920, in the amount of $29,883.66 on account
of the income and profits tax for the preceding year, prorated, and
for the fiscal year ending January 31, 1921, he reduced surplus at
the beginning of the year in the amount of $25,626.69 on account
of additional income and profits tax for years prior to the fiscal year
ending January 31, 1920, and in the further amount of $30,835.91
representing the amount of the income and profits tax for the preced-
ing fiscal year, prorated.

### OPINION.

LITTLETON: The Commissioner erred in reducing invested capital
on account of a tentative tax upon current earnings available for the
payment of the two dividends of $45,000 on April 9, 1919, and April
21, 1920.  See *Appeal of L. S. Ayers & Co.,* 1 B. T. A. 1135.

The Commissioner correctly reduced earned surplus in each of the years by the prorated amount of the preceding year's income and profits tax. *Appeal of Russel Wheel & Foundry Co.*, 3 B. T. A. 1168.

*Judgment will be entered on 15 days' notice, under Rule 50.*